**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN (DETROIT)**

| | |
|---|---|
| In re: | Case No: 09-72542 |
| Monique Vonyea Williams | Chapter: 7 |
| Debtor(s) | Hon. Judge: Thomas J. Tucker |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISION OF FRBP §4001(a)(3)

Movant, BAC Home Loans Servicing, LP, as servicing agent for Deutsche Bank National Trust

Company Trustee on behalf of HSI Asset Securitization Corporation Trust 2006-HE2, by and through its

attorneys, Randall S. Miller & Associates, P.C., having filed a Motion for Relief from the Automatic Stay

with respect to the property located at 41136 N. Woodbury St., Unit 83, Belleville, MI 48111; and the

Court being in receipt of the Motion; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the Automatic Stay is hereby terminated as to Movant, its

successors and assigns, with respect to the property located at 41136 N. Woodbury St., Unit 83,

Belleville, MI 48111, more particularly described as:

> Apartment 12, Building 3, Woodbury Green Condominium Phase 1, a condominium
> according to the Master Deed recorded in liber 18479 on pages 406 inclusive, and
> amendments thereto, and designated as Wayne County Condominium Subdivision Plan No.
> 95, together with rights in General Common Elements and Limited Common Elements as set
> forth in said Master Deed and as described in Act 59 of Public Acts of 1978, as amended.

to allow Movant to commence or continue its federal and/or state law rights to the property. In the event

Movant deems the property physically abandoned by the debtor(s)/homeowner(s), Movant may also seek

to shorten the Michigan post foreclosure statutory redemption period. In the event Movant deems the

property physically abandoned by the debtor(s)/homeowner(s)/occupant(s), Movant may also enter onto

the property, secure the property and perform any property preservation that Movant deems necessary to

avoid waste to the extent permitted by non-bankruptcy law. Movant and/or its successors and assigns

may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification,

refinance agreement or other loan workout/loss mitigation agreement to the extent permitted by law. The

Movant and/or its successors and assigns may contact the Debtors via telephone or written

correspondence to offer such an agreement to the extent permitted by non-bankruptcy law.  This Order is

effective immediately upon entry by this Court notwithstanding the provision of FRBP §4001(a)(3).  This

Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any

other chapter of Title 11 of the United States Bankruptcy Code.

.

**Signed on December 21, 2009**

          **_/s/ Thomas J. Tucker_**
          **Thomas J. Tucker**
          **United States Bankruptcy Judge**